# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE NORTHERN DISTRICT OF TEXAS (WICHITA FALLS)

In re:                                          )
                                                )
Arthur Thomas Callahan                          )    Bankruptcy No. 10-70055-hdh13
and                                             )
Gladys Rose Callahan,                           )
                    Debtors.                    )

### WITHDRAWAL OF MOTION TO DISMISS CASE FOR FAILURE TO MAKE PAYMENTS

COMES NOW Mid-Missouri Bank, ("Bank") a secured creditor and party in interest in the above-referenced bankruptcy, and hereby requests that the Court allow it to withdraw its Motion to Dismiss Case for Failure to Make Payments, which is filed as Court Document 35, and in support thereof, states as follows:

1. This matter was filed on February 16, 2010 as a Chapter 13 proceeding.

2. Debtors' payments were being made directly to Creditor.

3. On the date of filing the Motion to Dismiss Case, March 22, 2011, Debtors were in default in payments for Court Claim Number 8 for real property located at 1302 Fig Road, Webb City, Jasper County, Missouri. However, since filing its Motion to Dismiss Case, Debtors have made payment to Creditor for the remaining balance of principal and interest and have paid the note in full.

WHEREFORE, based upon the facts stated herein, Creditor prays that the Court allow it to withdraw its previously filed Motion to Dismiss Case for Failure to Make Plan Payments.

LOWTHER JOHNSON, LLC

By:    /s/ Lee J. Viorel_____
       Lee J. Viorel, 36886

       901 St. Louis Street, 20th Floor
       Springfield, MO  65806
       Telephone (417) 866-7777
       Facsimile  (417) 866-1752

       Attorneys for Mid-Missouri Bank

1

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a true and accurate copy of the foregoing instrument was forwarded March 25, 2011 via electronic mail or by first class mail, postage prepaid to:

*Debtors' Attorney*  
Monte J. White  
Monte J. White & Associates, P.C.  
1106 Brook Avenue  
Hamilton Place  
Wichita Falls, TX 76301  
legal@montejwhite.com  

*Trustee*  
Walter 12, 13 OCheskey  
6308 Iola Ave.  
Lubbock, TX 79424  

United States Trustee's Office  
1100 Commerce Street, Room 976  
Dallas, TX 75242-1496  

/s/ Lee J. Viorel_____  
Lee J. Viorel